UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WINSFORD COMPANY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SURFACE INC., a North Carolina corporation; QUEEN SUITES, LLC, a North Carolina limited liability company; HOTEL WAREHOUSE, an unknown form; and WENQIANG YE, an individual,<br><br>Defendants. | Case No. 5:23-cv-00291-JGB (SPx)<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

120948905.2

Plaintiff The Winsford Company, LLC ("Winsford") and Defendants American Surface Inc. ("ASI"), Hotel Warehouse ("HW"), and Wenqiang Ye ("Mr. Ye") (collectively, "Defendants") consent and agree to the terms and conditions of this Final Consent Judgment and Permanent Injunction.

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1111 *et seq*., and 28 U.S.C. §§ 1331, 1338 and 1367. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b).

2. Winsford is a Delaware limited liability company having a principal place of business in Ontario, California.

3. HW is an entity of unknown form with a place of business in Charlotte, North Carolina.

4. ASI is a North Carolina corporation having a principal place of business in Charlotte, North Carolina.

5. Mr. Ye is the president of ASI and a North Carolina individual, residing in Charlotte, North Carolina.

6. This is a final judgment. Judgment is entered in favor of Winsford and against Defendants as to all causes of action asserted in the Complaint (Dkt. No. 1).

7. Defendants are permanently enjoined from making, importing into the United States, selling, offering for sale, distributing, advertising, marketing, or promoting in any way, any of the Infringing Carts identified in Paragraph 24 of the Complaint, Dkt. No. 1, or any other design substantially indistinguishable from, or confusingly similar to, any Infringing Cart, including but not limited to, any luggage cart having four (4) posts where each post has an upper portion that converges upwardly and inwardly to join the posts together at a central position between the four posts.

8. Defendants shall maintain and support this agreement and Final Consent Judgment and shall not disclaim or disparage this Final Consent Judgment.

-1-

120948905.2

9. In any action to enforce this Final Consent Judgment, Winsford shall recover from Defendants all costs and attorneys' fees, including any costs and attorneys' fees for enforcing any claimed violation of any provision of this Final Consent Judgment and Permanent Injunction.

10. This Court shall retain jurisdiction of this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction and the terms of the Confidential Settlement Agreement entered into between Plaintiff and Defendants.

11. Defendants agree to submit to the personal jurisdiction of this Court in connection with this matter for all purposes, including for the purpose of enforcing the terms and provisions of this Final Consent Judgment and Permanent Injunction and Confidential Settlement Agreement.

12. Defendants each waive all right to appeal, and agree not to appeal this final judgment.

**IT IS HEREBY ORDERED AND ADJUDGED.**

Dated: June 15, 2023

Jesus G. Bernal
United States District Court Judge

120948905.2